No. 212, Misc.  SNIEDZINS *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  Petitioner *pro se.  Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Mervyn Hamburg* for the United States.

No. 219, Misc.  MASON *v.* WAINWRIGHT, CORRECTIONS DIRECTOR.  Sup. Ct. Fla.  Certiorari denied.  Petitioner *pro se.  Earl Faircloth,* Attorney General of Florida, and *Wallace E. Allbritton,* Assistant Attorney General, for respondent.

No. 288, Misc.  BELK *v.* KENTUCKY.  Ct. App. Ky. Certiorari denied.  Petitioner *pro se.  Robert Matthews,* Attorney General of Kentucky, and *Joseph H. Eckert,* Assistant Attorney General, for respondent.

No. 306, Misc.  COTA *v.* EYMAN, WARDEN.  Sup. Ct. Ariz.  Certiorari denied.  Petitioner *pro se.  Darrell F. Smith,* Attorney General of Arizona, and *James S. Tegart,* Assistant Attorney General, for respondent.

No. 330, Misc.  BATES *v.* MEADOWS, ACTING WARDEN. C. A. 6th Cir.  Certiorari denied.  Petitioner *pro se. Henry C. Foutch,* Assistant Attorney General of Tennessee, and *Ed R. Davies* for respondent.

No. 446, Misc.  CANTRELL *v.* UNITED STATES.  Ct. Cl. Certiorari denied.  Petitioner *pro se.  Solicitor General Marshall* for the United States.

No. 448, Misc.  ANDREWS *v.* HOLMAN, WARDEN.  C. A. 5th Cir.  Certiorari denied.  Petitioner *pro se.  Richmond M. Flowers,* Attorney General of Alabama, and *David W. Clark,* Assistant Attorney General, for respondent.